# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBY NELL FREEMAN,<br><br>     Plaintiff,<br><br>  v.<br><br>ABC LEGAL SERVICES, INC., et al.,<br><br>     Defendants.<br>_____/ | No. C11-3007 EMC<br><br>**and the following  related cases:**<br>C11-3542 EMC Ansari v. ABC<br>C11-3805 EMC Rosales v. Pembleton<br>C11-3824 EMC Jones v ABC<br>C11-5152 EMC Barreto v. ABC<br>C12-0624 EMC Sparacino v. ABC<br>C12-0642 EMC Paule v. ABC<br>C12-0644 EMC Wyckoff v. ABC<br>C12-0678 EMC Walker v. ABC |

**CLERK'S NOTICE RESETTING CMC**

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED that the **FURTHER CASE MANAGEMENT CONFERENCE** in Cases 11-3007, 11-3542, 11-3805, 11-3824 and 11-5152 set for April 20, 2012 at 10:30 a.m. **and** the **CASE MANAGEMENT CONFERENCE** in Cases 12-0624, 12-0642, 12-0644, and 12-0678 set for June 1, 2012 at 9:00 a.m. are **reset** for **May 25, 2012 at 1:30 p.m.** (same time as Defendant's motions) before District Judge Edward M. Chen**,** Courtroom 5, 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, CA 94102.  Parties shall be prepared (1) to discuss at the CMC (1) the possibility of referring all cases to a magistrate judge for settlement conference, and (2) if parties have any preference as to which magistrate judge parties prefer.   A joint CMC statement shall be filed by May 18, 2012.

Dated:  April 12, 2012

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
     Betty Lee
     Courtroom Deputy