In the United States District Court
for the Northern District of California
District Judge Edward M. Chen

CIVIL MINUTES

| | | | |
|---|---|---|---|
| **Date:** | May 25, 2012 | **Time:** | 3:46-4:35 p.m. |
| | | **Reporter:** | Kathy Sullivan (415)794-6659 |

**Case No. and Name:**  C11-3007 EMC  Freeman v. ABC
<u>And the following related cases</u>:
C11-3542 EMC Ansari v. ABC
C11-3805 EMC Rosales v. Pembleton
C11-3824 EMC Jones v ABC
C11-5152 EMC Barreto v. ABC
C12-0624 EMC Sparacino v. ABC
C12-0642 EMC Paule v. ABC
C12-0644 EMC Wyckoff v. ABC
C12-0678 EMC Walker v. ABC
C12-1693 EMC Kamin v. ABC
C12-1696 EMC Clohan v. ABC
C12-1904 EMC Younger v. ABC
C12-1911 EMC Brown v ABC
C12-1914 EMC Dohm v. ABC

**Attorneys:**  Ron Wilcox and Fred Schwinn for Plaintiffs
Craig Miller and William Weisberg for Defendant ABC
David Dalby for Defendant Smith

**Deputy Clerk:**  Betty Lee

**PROCEEDINGS:**
- (1) DEFENDANTS' MOTION TO STRIKE
- (2) DEFENDANTS' MOTION FOR JUDGMENT
- (3) CMC

**SUMMARY:**
- Defendants' motions are granted with leave to amend as stated in Court.  Court will issue order.  Before filing any further motions, parties must e-file a letter to the Court for prior approval.  Court intends to hear only those motions which are necessary and likely to advance the cases in an efficient manner.

The above 14 cases are referred to Magistrate Judge Joseph C. Spero for settlement conference.  Settlement conference is to be completed within 120 days.   Prior to settlement conference, each side may take a total of five (5) depositions each.  Written discovery shall be limited to narrowly tailored discovery necessary to facilitate the settlement conference.  Any further discovery shall be taken pursuant to further order of the Court or stipulation.   Instead of filing formal discovery motions, parties shall refer to this Court's standing order to meet and confer and submit joint letter on unresolved issues to the Court.   Further CMC is set for Tuesday, 10/16/12 at 10:30 a.m.  An updated joint CMC Statement shall be filed by 10/9/12.

cc: Mag Ref/Karen