**United States District Court**
For the Northern District of California

1
2
3
4 UNITED STATES DISTRICT COURT
5 NORTHERN DISTRICT OF CALIFORNIA
6
7 RUBY NELL FREEMAN,                           No. C-11-03007 EMC (JCS)
8            Plaintiff(s),
                                               **CLERK'S NOTICE SETTING TELEPHONIC**
9        v.                                    **SCHEDULING CONFERENCE**
10 ABC LEGAL SERVICES, INC., ET AL.,
11           Defendant(s).
   _____/
12
13 AND THE FOLLOWING RELATED CASES:
14 C11-3542 EMC ANSARI v. ABC
   C11-3805 EMC ROSALES v. PEMBLETON
15 C11-3824 EMC JONES v. ABC
   C11-5152 EMC BARRETO v. ABC
16 C12-0624 EMC SPARACINO v. ABC
   C12-0642 EMC PAULE v. ABC
17 C12-0644 EMC WYCKOFF v. ABC
   C12-0678 EMC WALKER v. ABC
18 C12-1693 EMC KAMIN v. ABC
   C12-1696 EMC CLOHAN v. ABC
19 C12-1904 EMC YOUNGER v. ABC
   C12-1911 EMC BROWN v. ABC
20 C12-1914 EMC DOHM v. ABC
21
22
23
24
25
26
27
28

ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

You are hereby notified that a telephonic scheduling conference has been set for **June 20, 2012 , at 9:00 a.m.** Counsel shall use the following call-in information:

>Dial In: 209-647-1600

>Participant Code: 449157.

Dated: June 15, 2012   RICHARD W. WIEKING, CLERK

By: *Karen L. Hom*
Karen L. Hom
Deputy Clerk

2