# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**MAGISTRATE JUDGE JOSEPH C. SPERO**    **COURTROOM DEPUTY**: Karen L. Hom

**CASE NO.**   C11-03007 EMC (JCS) & 13 Related Cases (C11-3542 EMC; C11-3805 EMC; C11-3824 EMC; C11-5152 EMC; C12-0624 EMC; C12-0642 EMC; C12-0644 EMC; C12-0678 EMC; C12-1693 EMC; C12-1696 EMC; C12-1904 EMC; C12-1911 EMC and C12-1914 EMC)

**CASE NAME:**  RUBY NELL FREEMAN v. ABC LEGAL SERVICES, INC., ET AL.,

**DATE:** June 20, 2012     **TIME:** 15 M         **COURT REPORTER**: Not Reported

**COUNSEL FOR PLAINTIFF:**                **COUNSEL FOR DEFENDANT:**
Ron Wilcox & Fred Schwinn (T)*            Craig Miller & William Weisberg (T*)
                                          David Dalby - Dft Smith (T)*

---

**PROCEEDINGS**

[ ]    SETTLEMENT CONFERENCE

[ ]    FURTHER SETTLEMENT CONFERENCE

[ ]    DISCOVERY CONFERENCE

[ ]    STATUS CONFERENCE RE:

[X]    TELEPHONIC SCHEDULING CONFERENCE - Held.

[ ]    OTHER:

CASE CONTINUED TO: 08/09/12 at 9:30 AM     FOR  A Settlement Conference.

NOTES:

Individual plaintiff's in 5 representative actions must attend, in person, all other plaintiffs must be on phone standby.  Defendant: all parties must attend in person.  Court to issue Settlement Conference Order.

*T=Telephonic Appearance