1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
   MATTHEW WALKER
6

7

8              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF CALIFORNIA
9              SAN FRANCISCO DIVISION

10

11 MATTHEW WALKER,                        Case No. 3:12-CV-00678-EMC

12                          Plaintiff,     **STIPULATION OF DISMISSAL
                                           AND [PROPOSED] ORDER**
13      v.
                                           Fed. R. Civ. P. 41(a)(1)
14 ABC LEGAL SERVICES, INC., a Washington
   corporation; RICHARD JAMES LOWRY,
15 individually and in his official capacity; and
   DOES 1 through 10, inclusive,
16

17                          Defendants.

18        Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff, MATTHEW WALKER, and Defendant, ABC

19 LEGAL SERVICES, INC., stipulate, and the Court hereby orders, as follows:

20        1.    The dispute between the parties has been settled, therefore, the claims asserted by

21 Plaintiff, MATTHEW WALKER, against Defendants, ABC LEGAL SERVICES, INC., and

22 RICHARD JAMES LOWRY, in the above-captioned proceeding are hereby dismissed, with prejudice,

23 pursuant to Fed. R. Civ. P. 41(a)(1).

24 / / /

25 / / /

26 / / /

27 / / /

28 / / /

Dated:  December 20, 2012                    /s/ Fred W. Schwinn
                                             Fred W. Schwinn, Esq.
                                             Attorney for Plaintiff
                                             MATTHEW WALKER


Dated:  December 20, 2012                    /s/ William S. Weisberg
                                             William S. Weisberg, Esq.
                                             Attorney for Defendant
                                             ABC LEGAL SERVICES, INC.


THE FOREGOING STIPULATION
IS APPROVED AND IS SO ORDERED.

                    1/10/13
Dated: _____

                                             The Honorable Edward M. Chen
                                             Judge of the District Court

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge Edward M. Chen
NORTHERN DISTRICT OF CALIFORNIA